# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                October 28, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

___

Civil Action No. 12-cv-03043-RPM

JENNIFER MARKUS,                                              Mitchel S. Drantch

    Plaintiff,
v.

HOME DEPOT U.S.A., INC.,                                      Arthur K. Smith, III

    Defendant.

___

## COURTROOM MINUTES
___

**Hearing on Motion to Modify and Motion to Compel**

**11:00 a.m.      Court in session.**

Court's preliminary remarks.

Mr. Drantch states the issue of who signed the interrogatories has been resolved.
Argument by Mr. Drantch.

Argument by Mr. Smith
Mr. Smith states there is no video surveillance tape of the tree lot.

**Court instructs defendant to produce an affidavit regarding the store's videotape surveillance systems as stated on record** (parameters, tape-cycle and storage)**.**
**Depositions of the individual(s) who did the scheduling and supervision for the day of the incident permitted.**

**ORDERED:    Plaintiff's Motion to Modify [14] Scheduling Order and Motion to Compel [22], is granted in part and denied in part as stated on record.**

        **Discovery deadline extended 60 days (December 27, 2013) for the limited purpose of completing the discovery identified on record.**

        **Defendant Home Depot U.S.A., Inc.'s Motion for Leave to File Surreply To Plaintiff's Reply to Response to Motion to Modify Scheduling Order and Motion to Compel [30], is moot.**

        **Defendant's Motion for Summary Judgment [25] is denied.**
        **Pretrial conference set December 13, 2013 at 2:00 p.m.**

Court advises Mr. Drantich of its view on plaintiff's claim for economic loss.

**11:25 a.m.      Court in recess.**        Hearing concluded.  Total time: 25 min.