IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03043-RPM

JENNIFER MARKUS,

     Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

     Defendant.

_____

ORDER SETTING TRIAL
_____

     Pursuant to the pretrial conference today, it is

     ORDERED that this matter is set for trial to jury on **May 19, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx .

     Dated: December 13th, 2013

                         BY THE COURT:

                         s/Richard P. Matsch
                         _____
                         Richard P. Matsch, Senior District Judge