IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03043-RPM

JENNIFER MARKUS,

     Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

     Defendant.
_____

ORDER OF DISMISSAL
_____

     Pursuant to the Joint Stipulation of Dismissal of All Claims [44] filed April 30, 2014, it is

     ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

     Dated:  April 30th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge